Submitted October 27, 2020; portion of supplemental judgment requiring defendant to pay $1,387.42 restitution reversed, remanded for resentencing, otherwise affirmed June 16, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ISAURO LUIS RAMIREZ,
*Defendant-Appellant.*

Washington County Circuit Court
18CR60120; A171022

488 P3d 824

Danielle J. Hunsaker, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sara F. Werboff, Deputy Public Defender, Criminal Appellate Section, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and E. Nani Apo, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Portion of supplemental judgment requiring defendant to pay $1,387.42 restitution reversed; remanded for resentencing; otherwise affirmed.

**PER CURIAM**

Defendant appeals a supplemental judgment imposing restitution, asserting that the trial court erred in imposing $1,387.42 of $3,508.42 in restitution awarded to the victim for medical expenses. In defendant's view, the hospital bill used as evidence to prove that the $1,387.42 portion was a reasonable medical expense was, by itself, insufficient. *See State v. McClelland*, 278 Or App 138, 144, 372 P3d 614, *rev den*, 360 Or 423 (2016) ("Some additional testimony or evidence is required to support the reasonableness of the bill for the hospital or medical services."). The state concedes the error; we agree and accept the concession. As to defendant's appeal of the judgment of conviction, we reject defendant's other assignment of error without written discussion.

Portion of supplemental judgment requiring defendant to pay $1,387.42 restitution reversed; remanded for resentencing; otherwise affirmed.